**Gerry ANDERSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 71749.

Missouri Court of Appeals, Eastern District, Division Three.

Oct. 21, 1997.

1. State Farm Insurance Companies, a named defendant below, is not a party to this appeal.

S. Page Canfield, Asst. Sp. Public Defender, St. Louis, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for Respondent.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

## ORDER

PER CURIAM.

Gerry Anderson (Movant) appeals order, judgment and decree denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We find and conclude that the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, prepared a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).